**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DALE B. ADAMS**                                                                                    **PLAINTIFF**

    **v.**                                    **Case No. 10-3028**

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**                                                              **DEFENDANT**

<u>ORDER</u>

NOW on this 19th day of April 2010, the above referenced matter comes on for the Court's consideration. The Court, being well and sufficiently advised, cautions the plaintiff that future filings in this matter will not be accepted by facsimile. Except under extenuating circumstances, the office of the Clerk of this Court does not accept facsimile filings and will not routinely do so. Please take note of this policy and follow it in the future.

    **IT IS SO ORDERED.**

                                                                       **/s/ Jimm Larry Hendren**
                                                                      **JIMM LARRY HENDREN**
                                                                       **UNITED STATES DISTRICT COURT**